IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAWNYETTA GLOVER**                                                                                    **PLAINTIFF**

**VS.**                                          **NO. 4:20-cv-927-LPR**

**DESIGN GROUP MARKETING LLC,**
**AND MYRON JACKSON**                                                                      **DEFENDANTS**

## JOINT NOTICE OF SETTLEMENT

The purpose of this Joint Notice of Settlement is to apprise the Court that plaintiff and defendants have reached a settlement in principle that will resolve plaintiff's claim for damages in this matter. The parties are in the process of finalizing settlement terms. They expect to file their Joint Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41 within forty-five (45) days from the filing of this Notice of Settlement.

|  | Respectfully submitted, |
|---|---|
| SANFORD LAW FIRM, PLLC<br>One Financial Center<br>650 South Shackleford, Suite 411<br>Little Rock, Arkansas 72211<br>TELEPHONE: (501) 221-0088<br>FACSIMILE: (888) 787-2040<br><br>By: Josh Sanford<br>    Ark. Bar No. 2001037<br>    josh@sanfordlawfirm.com<br>    Stacy Gibson<br>    Ark. Bar No. 2014171<br>    stacy@sanfordlawfirm.com<br><br>*Attorneys for Plaintiff* | WRIGHT, LINDSEY & JENNINGS LLP<br>200 West Capitol Avenue, Suite 2300<br>Little Rock, AR  72201-3699<br>(501) 371-0808<br>Fax: (501) 376-9442<br>Email: aphillips@wlj.com<br>          dljones@wlj.com<br><br>By: Antwan D. Phillips (2010027)<br>    Daveante Jones (2016163)<br><br>*Attorneys for Defendants* |

2233025-v1